IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 417-208 |
| | ) |
| EUGENE ALLEN, *et. al.* | ) |
| Defendants. | ) |

## ORDER GRANTING GOVERNMENT'S MOTION TO DECLARE CASE COMPLEX

This matter came before the Court by oral motion at the defendants' arraignments and later by a written motion filed by the United States. At the arraignments, this Court granted the oral motion to declare the case complex, without objection from any of the parties. For good cause shown, the Court hereby files this written order granting the government's motion to declare this case complex.

Title 18, United States Code, Section 3161 sets forth general timelines declaring when federal criminal cases should proceed to trial. See e.g., 18 U.S.C. § 3161(c)(1). The same statute also sets forth exceptions to the general time lines; and allows additional time in complex cases if the Court grants the additional time "on the basis of a finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." Id. at § 3161(h)(7)(A). When additional time is granted, a Court must set forth the reasons for the additional time. This Court did this orally at the arraignment. (ECF Entry 115) And, this Court hereby does so in writing with this document.

As outlined in the government's motion, which is not disputed by any of the parties, this case is a complex case for the reasons outlined in the motion, which include the following factors:

  a. The case involves twenty defendants, some of whom reside in prison and in other jurisdictions.

  b. The case involves multiple jurisdictions, including California, Michigan and Georgia.

  c. The case involves a conspiracy that started for some conspirators in 2014 and continued until in or about August 2017.

  d. The case involves massive amounts of evidence and discovery, including but not limited to 13 wiretaps.

Because this Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established in Title 18, United States Code, § 3161, this Court grants the government's motion to declare the case complex. The speedy trial clock is tolled due to the complexity of this case so the parties may adequately and thoroughly represent their respective clients.

So Ordered this 26th day of September 2017.

_____
Hon. G.R. Smith
United States Magistrate Judge
Southern District of Georgia