# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
Scott L. Poff, Clerk
United States District Court

By jburrell at 4:00 pm, May 21, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR417-208 |
| | ) | |
| EUGENE ALLEN | ) | |

## ORDER

Defendant Eugene Allen has been charged, along with nineteen co-defendants, with drug crimes. Doc. 234-1 at 2. One of those co-defendants, Charmaine Sims, moved to suppress wiretap evidence. Doc. 233. Allen moved to adopt that motion. Doc. 234. In seeking to adopt it, he volunteers that "he *may* file a memoranda [sic] in support thereof." *Id*. at 2 (emphasis added). Sims and the Government have notified the Court that they have reached a plea agreement, though it has not been accepted. *See* doc. 322. In light of that agreement, Sims' pending motions were denied as moot. Doc. 323. The Government, therefore, opposes Allen's request to adopt the motion. Doc. 362.

The substance of Sims' motion indicates how its arguments might apply to Allen. Doc. 234-1 at 4-5 (explaining that wiretap was authorized for a Kelvin Carswell, but surveillance persisted after the phone was sold to Allen). Thus, Allen's motion to "adopt" it is **GRANTED**. However,

Allen must provide a factually supported explanation of his own arguments for suppression. Accordingly, he must submit a memorandum, compliant with Local Rule 12.1. Given counsel's granted leave of absence through June 19, 2018, the memorandum must be submitted no later than June 26, 2018. The Government's response is due within 14 days of service of that memorandum. To accommodate that schedule, defense counsel's request to continue the hearing currently scheduled for June 5, 2018 is **GRANTED**.

**SO ORDERED**, this 21st day of May, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA