SAVANNAH DIV.
2019 JAN 17 PM 12:22
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> EUGENE ALLEN, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CR417-208 |

### O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 521), to which objections have been filed (Doc. 530). In the report and recommendation, the Magistrate Judge recommends denying Defendant Allen's request to have certain intercepted communications suppressed. (Doc. 521.) After a careful review of the record, the Court finds Defendant Allen's objections to be meritless and concurs with the report and recommendation. Moreover, the Court finds that the Magistrate Judge conducted a thorough review of Defendant Allen's arguments and provided an analysis in the report and recommendation that is fully responsive to Defendant's objections. Accordingly, the report and recommendation is **ADOPTED**[1] as the

---

[1] The report and recommendation initially addressed the motion to suppress with respect to Defendant Allen and Defendant Karteu Omar Jenkins. (Doc. 521.) The portion of

Court's opinion in this case and Defendant Allen's Motion to Supress **DENIED**.

SO ORDERED this 17th day of January 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

the report and recommendation with respect to Defendant Jenkins has since been vacated. (Doc. 542.) This Order does not disturb the Magistrate Judge's decision to vacate the report and recommendation with respect to Defendant Jenkins.