IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. CR417-208 |
| | ) | |
| EUGENE ALLEN, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is attorney Bruce Harvey's Motion for Leave of Absence. (Doc. 600.) In his motion, Mr. Harvey requests that this Court grant him a leave of absence from June 24, 2019 to July 26, 2019 for a planned personal vacation. After careful consideration, Mr. Harvey's motion is reluctantly **GRANTED**.

Despite this Court's leniency, the Court pauses to note that the necessity of this order arises solely from Mr. Harvey's failure to file a timely motion for leave of absence in this case. Mr. Harvey only notified this Court of his lack of availability for July 1, 2019 due to a personal vacation after this Court scheduled a pretrial conference. (See Doc. 597; Doc. 600.) As counsel who regularly appears before this Court, Mr. Harvey is aware of his obligation to file any requested leave of absence well in advance so as to

allow this Court to appropriately schedule matters. Although this Court will grant Mr. Harvey's request at this time, Mr. Harvey is on notice that in the future this Court will not excuse any failure to seek a timely leave of absence.

SO ORDERED this 27th day of June 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA