
FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 JUN 7 PM 3:56
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR417-208
)
EUGENE ALLEN, )
)
Defendant. )
)

## O R D E R

Before the Court are attorney David Burns's Motion for Leave of Absence (Doc. 602), First Motion for Substitution of Counsel (Doc. 613) and Second Motion for Substitution of Counsel (Doc. 615). After careful consideration, Mr. Burns's Motion of Leave of Absence and Second Motion for Substitution of Counsel are **GRANTED**. Mr. Burns's First Motion for Substitution of Counsel, however, is **DENIED**.

In his Motion for Leave of Absence, Mr. Burns requests that this Court grant him a leave of absence from June 26, 2019 to July 5, 2019 for a planned personal vacation. (Doc. 601.) After careful consideration, Mr. Burns's motion is reluctantly **GRANTED**.

In his First Motion for Substitution of Counsel, Mr. Burns requests that this Court allow attorney Justin D. Maines to appear at this Court's scheduled pretrial

conference in place of Mr. Burns. (Doc. 613.) After careful consideration, Mr. Burns's motion is **DENIED**. Attorney Justin D. Maines will not be permitted to appear on Defendant's behalf at this Court's pretrial conference scheduled for July 1, 2019 at 3:00 p.m. Attorney Justin Maines represents Defendant Tina Marie Adkins, a co-defendant in this case. Accordingly, a potential conflict of interest exists.

In his Second Motion for Substitution of Counsel, Mr. Burns requests that this Court permit attorney Brent Savage Jr. to appear on Mr. Burns's behalf. (Doc. 615.) Because Mr. Savage does not represent any other defendant in this case, the Court will permit attorney Brent Savage Jr. to appear on Mr. Burns's behalf. Accordingly, Mr. Burns's Second Motion for Substitution of Counsel is **GRANTED**.

The Court pauses to note that the necessity of this order arises solely from Mr. Burns's failure to file a timely motion for leave of absence in this case. Mr. Burns only notified this Court of his lack of availability for July 1, 2019 due to a personal vacation after this Court scheduled a pretrial conference. (See Doc. 597; Doc. 601.) As counsel who regularly appears before this Court, Mr. Burns is aware of his obligation to file any requested leave of absence well in advance so as to allow this Court to

2

appropriately schedule matters. Mr. Burns is on notice that in the future this Court will not excuse any failure to seek a timely leave of absence.

SO ORDERED this 27th day of June 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA