IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR417-208
)
EUGENE ALLEN, )
)
     Defendant. )
)

### O R D E R

Before the Court is Defendant's Omnibus Motion in Limine. (Doc. 649.) In his motion, Defendant requests that this Court exclude evidence of Defendant Allen's (1) gang membership, (2) prior murder conviction, (3) alleged "ties to organized crime," and (4) prior outdated convictions. (Doc. 649.) Moreover, Defendant request that the Court exclude the Government's proposed expert testimony on the meaning of a recorded phone call. (Id.) Despite Defendant's arguments, this Court will not consider the merits of Defendant's motion.

This Court held a pretrial conference in this case on July 1, 2019.[1] At that conference, the parties were instructed that all motions in limine were due by the close of business on July 17, 2019. (Id.) Defendant's flagrant disregard for this Court's

---

[1] The Court notes that Defendant's counsel, Bruce Harvey, was not in attendance at this hearing because he failed to comply with this Court's basic requirement to file a request for a leave of absence prior to the Court's scheduling of the hearing. (Doc. 600.) This Court, however, permitted Mr. Brent Savage, Jr. to act as substituted counsel at the pretrial conference on Mr. Harvey's and his co-counsel's behalf.

deadlines by filing a motion in limine less than five days before trial and twenty-six days after this Court's deadline is unacceptable. The Court does not set deadlines for them to be ignored. Accordingly, Defendant's motion is **DENIED** as untimely.

SO ORDERED this 12th day of August 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA